

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00045-CR

_____

JAMES TIMOTHY BONHAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 28667

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

James Timothy Bonham, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Bonham and his counsel in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:    April 23, 2013
Date Decided:    April 24, 2013

Do Not Publish